JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLI R. ANTHONY,<br><br>  Petitioner,<br><br>  v.<br><br>G. SWARTHOUT,<br><br>  Respondent. | Case No. CV 12-5978-MWF (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: August 6, 2012

HONORABLE MICHAEL W. FITZGERALD
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge